NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY L. DUNCAN,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5095

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-320, Judge Margaret M. Sweeney.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellee's motion for leave to file its informal brief 6 days out of time,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 2 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mary L. Duncan
     John Arbab, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 2 7 2011

**JAN HORBALY**
**CLERK**